IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARVEY ARTHUR DESILETS,

    Plaintiff,

vs.                                      CASE NO.: 4:05cv460-SPM/WCS

BARBARA JUNE LORBERG-DESILETS,
et al.,

    Defendants.
_____/

## ORDER ON RECONSIDERATION

    This cause comes on for consideration of Plaintiff's letter (doc. 13) dated January 3, 2006 and letter dated January 5, 2006 (doc. 14), which the Court will construe as motions for reconsideration.

    Plaintiff states that he is seeking relief of state judicial abuse at all levels. Federal district courts do not have appellate jurisdiction over decisions rendered by state courts in civil proceedings. See e.g., District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 103 S.Ct. 1303 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 44 S.Ct. 149 (1923). Only the United States Supreme Court may review such claims, pursuant to a grant of certiorari. Feldman, 460 U.S. at 486; see also, 28 U.S.C. § 1257.

    The arguments raised in Plaintiff's letters provides no basis to alter the

Court's previous ruling.   Accordingly, it is

      ORDERED AND ADJUDGED that relief on the motions for reconsideration (docs. 13 and 14) are denied.

      DONE AND ORDERED this 10th day of January, 2006.

                                *s/ Stephan P. Mickle*

                                Stephan P. Mickle
                                United States District Judge